GLENN W. PETERSON, ESQ. (SBN 126173)
**MILLSTONE PETERSON & WATTS, LLP**
*Attorneys at Law*
2267 Lava Ridge Court, Suite 210
Roseville, CA 95661
Telephone No: (916) 780-8222
Fax No: (916) 780-8775

Attorneys for Plaintiffs
Michael D. Garman and
California Construction and Renovations, Inc.

JARED T. WALKER, ESQ. (SBN 269029)
725 30th Street, Suite 201
Sacramento, CA 95816
Telephone No: (916) 476-5044
Fax No: (916) 476-5064

Attorney for Defendants
Rich Booher and
RM Construction and Development, Inc.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL D. GARMAN; CALIFORNIA CONSTRUCTION AND RENOVATIONS, INC., a California Corporation<br><br>Plaintiff,<br><br>vs.<br><br>RICH BOOHER; RM CONSTRUCTION AND DEVELOPMENT, INC., a California Corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:12-CV-01905-TLN-EFB<br><br>**ORDER TO DISMISS**<br><br>Complaint Filed: July 19, 2012<br>Trial Date: February 11, 2014 |

Based upon the filed stipulation, and good cause appearing, the Stipulated Motion to Dismiss is granted as follows:

1. Plaintiffs' first cause of action for alleged violations of the Computer Fraud and Abuse Act, 18 U.S.C. Section 1030, is dismissed with prejudice.

2. Plaintiffs' second cause of action for alleged violations of California Penal Code Section 502 is dismissed without prejudice.



3. Plaintiffs' third cause of action for alleged false designation of origin, 15 U.S.C. Section 1125, is dismissed with prejudice.

4. Plaintiffs' fourth cause of action for alleged trespass to chattels is dismissed without prejudice.

5. Plaintiffs' fifth cause of action for alleged violations of California Business and Professions Code Section 17200 is dismissed without prejudice.

6. Each party shall bear their own costs and attorney's fees.

**IT IS SO ORDERED.**

Dated: October 30, 2013

---
Troy L. Nunley
United States District Judge